UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:04CR33 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KENNETH EDWARD COFFEY | ) | |

THIS MATTER is before the Court on the government's Motion to Allow Use of Evidence for Training Purposes and to Destroy Other Evidence, filed November 3, 2005, in the above-referenced matter.

For reasons stated in the government's Motion, the marijuana and methamphetamine listed in Exhibits A, B, C and D, attached hereto and incorporated herein, and seized from Kenneth Edward Coffey, is hereby ordered to be preserved so that the Watauga County Sheriff's Office may use it for training purposes. All other evidence listed in these Exhibits is hereby ordered destroyed.

This the 4th day of November, 2005.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE